FILED
JAN 0 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JUAN GASPAR-OSORIO,<br><br>               Defendant. | Case No.: 07-CR-02825<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY ORDERED that the motion date in the above-referenced case be continued from Tuesday, January 15, 2008, at 10:00 am, to Friday, February 29, 2008 at 9:00 am.

DATED: January 4, 2008

_____
Honorable Gordon Thompson, Jr.
United States District Court Judge

1