

**ORIGINAL**

FILED
FEB 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GASPAR OSARIO,<br><br>Defendant. | Cr. No. 07-2825GT<br><br>ORDER |

On February 13, 2008, defense counsel for Juan Gaspar Osario electronically filed Objections to the PSR. The hearing date for the sentencing was set for February 29, 2008. Under the Local Rules, all objections to the PSR must be filed at least 18 days prior to the hearing date. With the commencement of the electronic filing system, attorneys are not to file late motions or objections without explicit leave of the Court. Accordingly,

//

//

//

**IT IS ORDERED** that Defendant's Objections are stricken from the record and deemed not filed.

**IT IS SO ORDERED.**

February 21, 2008
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel